# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

**FILED**
**12/18/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Actorus Meccan Bankhead ,

vs

(Full name of defendant(s))

Capt. J. Ernest ,

Lt. J. Jackson ,

Sgt. Brown ,

Case Number:

1:23-cv-02268-JMS-TAB

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of _____Indiana_____, and is located at
   (State)

   Pendleton Correctional Facility 4490 West Reformatory Rd. Pendleton, IN 46064
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____Capt. J. Ernest_____
   (Name)

A. Parties

3. Defendant Lt. J. Jackson is a citizen Indiana and resides at NA. And worked for Pendleton Correctional Facility 4490 West Reformatory Rd. Pendleton, IN 46064.

4. Defendant Sgt. Brown is a citizen Indiana and resides at NA. And worked for Pendleton Correctional Facility 4490 West Reformatory Rd. Pendleton, IN 46064.

is (if a person or private corporation) a citizen of _Indiana_
(State, if known)
and (if a person) resides at _NA_
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _Pendleton Correctional Facility 4490 West Reformatory Rd. Pendleton, IN 46064_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

From the 1st date of incident on Grievance form 8.23.23. The 2nd date of incident on Grievance form 9.25.23. And up to now 12.11.23. I've been housed in G-cellhouse. A Segregation Unit. The officers in this cellhouse are not giving us any access to cleaning supplies. If we're lucky, we will get limited cleaning supplies once a month. Sometimes not even then. Whenever myself and other inmates ask any of the officers, including the Sgt. on each shift, the Lt. and the Capt. that run G-cellhouse, whenever we ask for cleaning supplies, we're told to stop crying, and if we don't like it, then don't come to G-cellhouse. They all tell us that if we don't like how they run thing, to stay the hell off of lock-up. That they will let us clean when and if they feel like it.     Because we're not getting cleaning supplies, we're

Page 1

being forced to live in pure filth. No two ways about it. We (I'm) are enduring the nasty smell of garbage that is left outside of our cells on the Range. This is an all day, everyday thing. Not an isolated incident by any means. The Roaches run Rampade everywhere. On the Ranges, in our cells. This is everyday and every night. We have no way to keep our sinks and our toilets clean. Their caked with feces and rust. To the point they should not be used. Inhumane is an understatement by the least. The smell that comes from our toilets is most times unbearable to take. And we have no way to mask the smell. I've never from 5.23.23, the day I was placed on this unit, until now 12.11.23 have even seen the showers cleaned. That's 7 months. The showers are full of trash. There's blood on the walls. And mace, all over the showers. Every time I get in to take a shower, I get mace all over my skin and that leads to my cell. My sheet + blankets + clothes. We've got no detail workers in G-cellhouse, and the officers don't wanna take the time to do it. They all say they're too busy. Every single time I ask Capt. J. Ernest, Lt. J. Jackson, and Sgt. Brown if we can, or if they can clean, all 3 officers have told me personally to stop crying, stop being a little pussy and if we don't like it, to file a Grievance. When I told Lt. Jackson + Capt. Ernest personally that I did file a Grievance, they both threatened me in returned. As a human being, I should not have to be put through this kind of punish-

Page 2

B. Statement Of Claim

ment, no matter what I did to end up in Segregation. IDOC Policy 02-01-104, states clearly, for us to have access to cleaning supplies to keep our living areas and ourselves clean.

Capt. J. Ernest violated my Rights Under Cruel + Unusal Punishment for making me live under harsh conditions.
Retaliation, for reasons which led me to this Segregation Unit.
Acting in Deliberate Indifference to my health + safety. And my Eeghth Amendment Rights for unsanitary conditions.

Lt. J. Jackson violated my Rights Under Cruel + Unusal Punishment for making me live under harsh conditions.
Retaliation, for reasons which led me to this Segregation Unit.
Acting in Deliberate Indifference to my health + safety. And my Eighth Amendment Rights for unsanitary conditions.

Sgt. Brown violated my Rights Under Cruel + Unusal Punishment for making me live under harsh conditions.
Retaliation, for reasons which led me to this Segregation Unit.
Acting in Deliberate Indifference to my health + safety. And my Eighth Amendment Rights for unsanitary conditions.

Living under these harsh conditions have caused me serious anxiety, as well as mental problems which I'm being seen by Mental Health Staff here. And my Age puts me at risk to get sick or violently ill.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

For the suffering I'm going through mentally and physically, I'm asking for $150,000. One hundred and fifty thousand dollars.

## E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial - I want a judge to hear my case

Dated this 11th day of December 20 23.

Respectfully Submitted,

*Actora Bankhead*
Signature of Plaintiff

\# 914468
Plaintiff's Prisoner ID Number

Pendleton Correctional Facility

4490 West Reformatory Rd. Pendleton, IN 46064
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## F. OPTIONAL CERTIFICATION

```
Under penalty of perjury, I declare that the facts alleged in
this complaint are true and correct to the best of my knowledge
and belief.
```

*Actora Bankhead*  _____ Signature of Plaintiff

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

D-6 (revised 4/20/2022)                Complaint - 5

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.